No. 78–5486. RIDZON v. MOLLENKOPF, DIRECTOR, BOARD OF ELECTIONS OF COLUMBIANA COUNTY. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petiton for writ of certiorari, certiorari denied.

No. 78–5560. BELL v. BELL ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–2. ILLINOIS v. VITALE. Sup. Ct. Ill. Certiorari granted, judgment vacated, and case remanded to consider whether judgment based upon federal or state constitutional grounds, or both. See California v. Krivda, 409 U. S. 33 (1972). MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari and set case for oral argument.

No. 78–370. CITY OF WEST HAVEN v. TURPIN. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Monell v. Department of Social Services of New York City, 436 U. S. 658 (1978).

No. A–437. THIES v. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE. Ct. App. N. Y. Application for stay, addressed to MR. JUSTICE POWELL and referred to the Court, denied.

No. A–460 (78–5716). McCRORY v. KIRK. Ct. Crim. App. Tex. Application for stay, addressed to MR. JUSTICE MARSHALL, and referred to the Court, denied.